# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0338, <u>State of New Hampshire v. Jamie Michael Chick</u>, the court on June 17, 2024, issued the following order:**

The State and the defendant agree that the trial court erred by dismissing the distribution indictments prior to the State presenting its case-in-chief.  Accordingly, the trial court's February 23, 2023 order dismissing the distribution indictments is vacated on this procedural basis, and the case is remanded to the trial court for further proceedings consistent with this order.

<u>Vacated and remanded</u>.

MacDonald, C.J., and Bassett, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**